The People of the State of New York, Respondent, v. Louis Parisi, Appellant.— Judgment and order affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Raffaele Pugliese, Appellant.— Judgment and order affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Salvatore Rizzo, Appellant.— We think that upon the trial of an indictment for blackmail, in sending a threatening letter in April, it was reversible error to prove an act committed in the following December, similar to the act threatened, and with which the defendant was not connected by any proof. Judgment of conviction and order reversed and new trial granted. Jenks, P. J., Carr, Rich and Stapleton, JJ., concurred; Putnam, J., voted to affirm.

The People of the State of New York, Respondent, v. Michael Woods, Appellant.— Appeal dismissed upon authority of *People* v. *Cucurullo* (*ante*, p. 900), decided herewith. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. John S. Buck, Respondent, v. William Williams, as Commissioner of Water Supply, Gas and Electricity, of the city of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Davison* v. *Williams* (*post*, p. 900), decided herewith. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Elbert T. Davison, Respondent, v. William Williams, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kelly at Special Term. (Reported in 85 Misc. Rep. 553.) Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Joseph Sullivan, Relator, for a Writ of Certiorari, against Maurice E. Connolly, as President of the